ALEXANDER G. CALFO (SBN 152891)
acalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
jromano@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:     +1 213 443 4355
Facsimile:     +1 213 443 4310

SHANNON E. BEAMER, SBN 331289
sebeamer@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone: +1 310 229 9682
Facsimile: +1 310 229 9901

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY WALLACE, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.<br><br>**DEFENDANTS MERCK & CO., INC., MERCK SHARP & DOHME CORP., ORGANON & CO., AND ORGANON LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>[Merced County Superior Court Case No. 22CV-00737]<br><br>Action Filed:        March 4, 2022<br>Action Removed: May 20, 2022<br>Trial Date:           None Set |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

**TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon LLC certifies that Merck Sharp & Dohme Corp. now known as Merck Sharp & Dohme LLC is a wholly owned subsidiary of Merck & Co., Inc.  Merck & Co., Inc. is a publicly held company and has no parent corporation. No publicly held corporation owns 10% or more of its stock.

In addition, Organon & Co. is a publicly held company and has no parent corporation. No publicly held corporation owns 10% or more of its stock. Organon LLC is a wholly owned subsidiary of the entity Organon & Co.

DATED: May 20, 2022

KING & SPALDING LLP


By: /s/ Julia E. Romano
 Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.; ORGANON & CO.;
and ORGANON LLC