ALEXANDER G. CALFO (SBN 152891)
acalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
jromano@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:    +1 213 443 4355
Facsimile:    +1 213 443 4310

SHANNON E. BEAMER, SBN 331289
sebeamer@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone: +1 310 229 9682
Facsimile: +1 310 229 9901

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY WALLACE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00607-JLT-SAB<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS MERCK & CO., INC., MERCK SHARP & DOHME CORP., ORGANON & CO., AND ORGANON LLC'S TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS [L.R. 144]**<br><br>Action Filed:  March 4, 2022<br>Action Served:  April 20, 2022<br>Action Removed: May 20, 2022<br>Current Response Date: May 27, 2022<br>New Response Date: June 24, 2022 |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Plaintiff Sherry Wallace ("Plaintiff") and Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon LLC (collectively, "Defendants"), by and through the undersigned counsel, hereby submit this Stipulation pursuant to Local Rule 144(a) as follows:

1. WHEREAS Plaintiff filed this civil action against Defendants in the Superior Court of the State of California for the County of Merced on March 4, 2022;

2. WHEREAS Plaintiff served Defendants with a copy of the Summons and Complaint on April 20, 2022;

3. WHEREAS Defendants removed the case to this Court on May 20, 2022 pursuant to its Notice of Removal and Removal of Action within 30 days of service pursuant to 28 U.S.C. § 1446 (see Dkt. No. 1);

4. WHEREAS pursuant to Fed. R. Civ. Proc. 81(c)(2), Defendants' response to Plaintiff's Complaint is currently due on May 27, 2022;

5. WHEREAS the Parties agree that Defendants' last day to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended to June 24, 2022, without prejudice to, or waiver of, any rights otherwise available to the Parties herein, including but not limited to Defendants' right to challenge service, jurisdiction, venue, or assert any other defenses applicable at law, in equity or otherwise; and

6. WHEREAS such an extension does not extend the time for Defendants to respond to the Complaint for more than a cumulative total of twenty-eight (28) days from the date the response initially would have been due on May 27, 2022.  Local Rule 144(a).

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT** Defendants' new deadline to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter is extended to June 24, 2022.

DATED: May 26, 2022            KING & SPALDING LLP

*/s/Julia E. Romano*
Attorneys for Defendants

DATED: May 26, 2022            BOUCHER LLP

*/s/ Shehnaz M. Bhujwala*
Attorneys for Plaintiffs

**ATTESTATION**

I, Julia E. Romano, am the ECF User whose ID and password are being used to file this Joint Response to Order to Show Cause. I hereby attest that each of the other signatories to the Joint Response concurs in this filing.

DATED: May 26, 2022                     KING & SPALDING LLP

                                        /s/ Julia E. Romano
                                        Attorneys for Defendants