1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHERRY WALLACE,                          No.  1:22-cv-00607-JLT-SAB

12             Plaintiff,                      **New Case No. 1:22-cv-00607-DAD-EPG**

13       v.                                    ORDER RELATING AND REASSIGNING
                                               CASES
14   MERCK & CO., INC., et al.,

15             Defendants.

16
     _____
17   KAROLINA CHRISTENSEN,                     No.  2:22-cv-00868-KJM-JDP

18             Plaintiff,                      **New Case No. 2:22-cv-00868-DAD-EPG**

19       v.

20   MERCK & CO., INC., et al.,

21             Defendants.

22

23       A review of the complaints in the above-captioned cases reveals that they are related

24   under this court's Local Rule 123(a) to the following related action pending before the

25   undersigned:  *Ramos v. Merck & Co., Inc. et al.*, 1:22-cv-00430-DAD-EPG; *Wylie v. Merck &*

26   *Co., Inc. et al.*, 2:22-cv-00604-DAD-EPG; *Hobbs v. Merck & Co., Inc. et al.*, 2:22-cv-00662-

27   DAD-EPG; *Edwards, et al. v. Merck & Co., Inc. et al.*, 1:22-cv-00433-DAD-EPG. Accordingly,

28   assignment of the above-captioned actions to the undersigned and to Magistrate Judge Erica P.

                                               1

1    Grosjean will promote efficiency and economy for the court and the parties.

2         An order relating cases under this court's Local Rule 123 merely assigns them to the same

3    district judge and magistrate judge—it does not consolidate the cases.  The local rules of this

4    district authorize the judge with the lowest numbered case to order the reassignment of any higher

5    numbered cases to himself or herself, upon determining that this assignment is likely to effect a

6    savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that the

7    two 23) above-captioned actions be reassigned to the undersigned and Magistrate Judge Erica P.

8    Grosjean.  The documents in the above-captioned actions shall bear the new case numbers above.

9    IT IS SO ORDERED.

10       Dated:   **May 26, 2022**

11                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2