ALEXANDER G. CALFO (SBN 152891)
acalfo@kslaw.com
JULIA E. ROMANO (SBN 260857)
jromano@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:   +1 213 443 4355
Facsimile:    +1 213 443 4310

SHANNON E. BEAMER (SBN 331289)
sebeamer@venable.com
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: +1 310 229 9682
Facsimile: +1 310 229 9901

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP
& DOHME CORP.[1]; ORGANON & CO.;
and ORGANON LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY WALLACE, an individual,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:22-CV-607-DAD-EPG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS MERCK & CO., INC., MERCK SHARP & DOHME CORP., ORGANON & CO., AND ORGANON LLC'S TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT PURSUANT TO LOCAL RULE 144** |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

Plaintiff Sherry Wallace ("Plaintiff") and Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon LLC (collectively, "Defendants"), by and through the undersigned counsel, hereby submit this Stipulation pursuant to Local Rule 144 as follows:

1. WHEREAS Plaintiff filed this civil action against Defendants in the Superior Court of the State of California for the County of Plumas on March 4, 2022;

2. WHEREAS, Plaintiff served Defendants with a copy of the Summons and Complaint on April 20, 2022;

3. WHEREAS Defendants removed the case to this Court on May 20, 2022 pursuant to its Notice of Removal and Removal of Action within 30 days of service pursuant to 28 U.S.C. § 1446 (see Dkt. No. 1);

4. WHEREAS, on May 26, 2022, the Parties filed a joint stipulation to extend Defendants' time to respond to Plaintiff's Complaint to June 24, 2022 (see Dkt. No. 6);

5. WHEREAS, on May 27, 2022, the Honorable District Judge Dale A. Drozd issued an Order deeming this case related to *Ramos v. Merck & Co., Inc. et al.*, 1:22-cv-00430-DAD-EPG; *Wylie v. Merck & Co., Inc. et al.,* 2:22-cv-00604-DAD-EPG; *Hobbs v. Merck & Co., Inc. et al.,* 2:22-cv-00662-DAD-EPG; and *Edwards, et al. v. Merck & Co., Inc. et al.,* 1:22-cv-00433-DAD-EPG within the meaning of Local Rule 123 and re-assigned the case to Judge Drozd and Magistrate Judge Grosjean (see Dkt. No. 7);

6. WHEREAS Defendants' motions to dismiss in *Ramos v. Merck & Co., Inc. et al.*, 1:22-cv-00430-DAD-EPG; *Wylie v. Merck & Co., Inc. et al.,* 2:22-cv-00604-DAD-EPG; *Hobbs v. Merck & Co., Inc. et al.,* 2:22-cv-00662-DAD-EPG; and *Edwards, et al. v. Merck & Co., Inc. et al.,* 1:22-cv-00433-DAF-EPG (hereinafter collectively referred to as the "related cases") are currently pending and set to be heard on July 5, 2022 (*Wylie*) and July 19, 2022 (*Ramos*, *Hobbs,* and *Edwards*);

7. WHEREAS, the Parties agree that, in the interests of efficiency, Defendants' last day to answer, move, or otherwise respond to Plaintiff's Complaint in this case should be extended to a date after the Court has decided the pending motions to dismiss in the related cases, which is the reason the Parties have selected July 26, 2022 as the new deadline; and

///

8. WHEREAS the Parties agree and respectfully request that Defendants' last day to answer, move, or otherwise respond to Plaintiff's Complaint shall extended to July 26, 2022, without prejudice to, or waiver of, any rights otherwise available to the Parties herein, including but not limited to Defendants' right to challenge service, jurisdiction, venue, or assert any other defenses applicable at law, in equity or otherwise.

Respectfully submitted,

DATED:  June 21, 2022  KING & SPALDING LLP

*/s/ Julia E. Romano*
Attorneys for Defendants

DATED: June 21, 2022  BOUCHER LLP

*/s/ Shehnaz M. Bhujwala*
Attorneys for Plaintiff

# **ORDER**

Having considered the parties' stipulation (ECF No. 8), and in the interest of efficiency and judicial economy, IT IS HEREBY ORDERED that:

1. Defendants shall file their response to Plaintiff's complaint within **fourteen (14) days** of entry of an order resolving the motions to dismiss currently pending in *Ramos v. Merck & Co., Inc. et al.*, 1:22-cv-00430-DAD-EPG; *Wylie v. Merck & Co., Inc. et al.*, 2:22-cv-00604-DAD-EPG; *Hobbs v. Merck & Co., Inc. et al.*, 2:22-cv-00662-DAD-EPG; and *Edwards, et al. v. Merck & Co., Inc. et al.*, 1:22-cv-00433-DAD-EPG;[2] and

2. The Initial Scheduling Conference currently set for August 2, 2022 (*see* ECF No. 4) is VACATED. Within **seven (7) days** of Defendants' response to the complaint, the parties shall <u>jointly</u> contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) to reset the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated:   **June 22, 2022**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[2] To the extent separate orders are issued, the fourteen-day deadline shall run from entry of the last order.